■ BARBARA MILLER et al., Appellants, v LAURIEANN BUCK et al., Defendants, and TOWN OF CHEEKTOWAGA, Respondent. (Appeal No. 1.) [924 NYS2d 891]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered October 6, 2010 in a personal injury action. The order granted the motion of defendant Town of Cheektowaga for summary judgment dismissing the complaint and all cross claims against it.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.